Before the Third Division, January 12, 1967

**No. P67/13.**—F. B. Vandergrift & Co., Inc. *v.* United States, protests 60/31243, etc. (Philadelphia).

**No. P67/14.**—F. B. Vandegrift & Co., Inc. *v.* United States, protests 62/12949, etc. (Philadelphia).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of calcined clay, referred to as "Molochite," similar in all material respects to those the subject of *F. B. Vandegrift & Co., Inc.* v. *United States* (54 Cust. Ct. 245, C.D. 2539), the claim of the plaintiff was sustained.